**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

April 13, 2012

**CASE NUMBER:  CV 12-01119 EDL**
**CASE TITLE:  FOG CITY DISTRIBUTORS, INC.-v-GTP INTERNATIONAL, LTD**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/13/12

FOR THE EXECUTIVE COMMITTEE:

_____  
                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects  
Log Book Noted                          Entered in Computer 4/13/12 ha

CASE SYSTEMS ADMINISTRATOR:  
Copies to:  All Counsel                 Transferor CSA